## IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

In The Matter Of The Admission )   No.: A-CV-15-77
of George J. Ahlman To The Bar )
Of The Navajo Nation    )    ORDER
_____

    Upon consideration of the merits of this case, it is hereby ORDERED that George J. Ahlman be admitted to the Bar of the Navajo Nation.


    Dated this 7th day of October, 1977.


          Homer Bluehouse
        Acting Chief Justice of the Navajo Nation


          Murray Lincoln
          Associate Justice


          Marie F. Neswood
          Associate Justice